Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HAND,<br><br>    Plaintiff,<br><br>v.<br><br>ACHILLION PHARMACEUTICALS, INC., NICOLE VITULLO, DAVID SCHEER, FRANK VERWIEL, JASON S. FISHERMAN, JOSEPH TRUITT, KURT GRAVES, MICHAEL D. KISHBAUCH, and ROBERT L. VAN NOSTRAND,<br><br>    Defendants. | Case No: 1:19-cv-06456-CBA-ST<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Christopher Hand hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: December 16, 2019                                  Respectfully submitted,

                                                                                     **HALPER SADEH LLP**

                                                                                     By: /s/ Daniel Sadeh
                                                                                     Daniel Sadeh, Esq.
                                                                                     375 Park Avenue, Suite 2607
                                                                                     New York, NY 10152
                                                                                     Telephone: (212) 763-0060
                                                                                     Facsimile: (646) 776-2600

1

Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on December 16, 2019, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: December 16, 2019          /s/ Daniel Sadeh
                                              Daniel Sadeh